# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          NO. 4:10CR00055 JLH

ANTHONY GENE MAYS                                             DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Anthony Gene Mays to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED. His motion is hereby dismissed with prejudice. Mays has not made a substantial showing of the denial of a constitutional right, so no certificate of appealability will issue.

IT IS SO ORDERED this 23rd day of September, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE